| | | | |
|---|---|---|---|
| Com. v. Perez [24] | 130 MDA 2016<br>Affirmed | 10/19/2016 | CP–06–CR–0003313–2000<br>(Berks) |
| Com. v. Waters | 152 MDA 2016<br>Affirmed | 10/19/2016 | CP–36–CR–0001250–2015<br>(Lancaster) |
| In re Adoption of B.N.M. | 336 MDA 2016<br>Affirmed | 10/19/2016 | 83789<br>(Berks) |
| Noto v. Millett | 362 MDA 2016<br>Affirmed | 10/19/2016 | 2015–04180<br>(Lackawanna) |
| In re B.N.M.; Appeal of K.H. | 372 MDA 2016<br>Affirmed | 10/19/2016 | 83789<br>(Berks) |
| In re Adoption of B.G.R. | 563 MDA 2016<br>Affirmed | 10/19/2016 | 84399<br>(Berks) |
| Com. v. Wunder | 623 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 10/19/2016 | CP–36–CR–0004642–2012<br>(Lancaster) |
| J.A. v. H.M.V. | 634 MDA 2016<br>Vacated and<br>Remanded | 10/19/2016 | 14–996<br>(Berks) |
| D.P.M. v. J.D.M. | 646 MDA 2016<br>Affirmed | 10/19/2016 | 2016–SU–0000248<br>(Adams) |
| Com. v. Yeaples | 1172 WDA 2015<br>Affirmed | 10/19/2016 | CP–03–CR–0000790–2013<br>(Armstrong) |
| Com. v. Cerqueira | 1592 WDA 2015<br>Affirmed | 10/19/2016 | CP–26–SA–0000099–2015<br>(Fayette) |
| Arnold v. Kaposy | 1693 WDA 2015<br>Affirmed | 10/19/2016 | GD 12–006927<br>(Allegheny) |
| Guntrum v. Citicorp Trust Bank [25] | 1714 WDA 2015<br>Reversed and<br>Remanded | 10/19/2016 | 484 C.D. 2009<br>(Clarion) |
| Com. v. Bazemore | 1155 EDA 2015<br>Affirmed | 10/20/2016 | CP–51–CR–0010767–2014<br>(Philadelphia) |
| Com. v. Estremera | 3040 EDA 2015<br>Vacated and<br>Remanded | 10/20/2016 | CP–51–CR–0012681–2010<br>(Philadelphia) |
| Cid v. Erie Insurance Group [26] | 3041 EDA 2015<br>Reversed and<br>Remanded | 10/20/2016 | No. 1874 – June Term,<br>2015<br>(Philadelphia) |
| Com. v. Jones [27] | 3090 EDA 2015<br>Affirmed | 10/20/2016 | CP–51–CR–0211883–1988<br>(Philadelphia) |

24. Petition for reargument denied December 22, 2016.
25. Petition for reargument denied December 22, 2016.
26. Petition for reargument denied December 13, 2016.
27. Petition for reargument denied November 22, 2016.